**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| SHARON HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-CV-651-JED-PJC |
| ) | |
| FAIRFAX MEDICAL FACILITIES, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, Sharon Hall, hereby stipulates with the Defendant, Fairfax Medical Facilities, Inc., that this action shall be dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

This 28th day of May, 2015.

s/Amber Hurst
Mark Hammons, OBA #3784
Amber Hurst, OBA # 21231
Christine Coleman Vizcaino, OBA # 30527
Hammons, Gowens, Hurst & Associates
325 Dean A. McGee
Oklahoma City, OK  73102
(405) 235-6100
(405) 235-6111 (Facsimile)
mark@hammonslaw.com
amber@hammonslaw.com
christine@hammonslaw.com

ATTORNEYS FOR PLAINTIFF

s/ Tanya S. Bryant
Tanya S. Bryant, OBA #20170
Mary P. Snyder, OBA #31427

CROWE & DUNLEVY, PC
324 N. Robinson, Suite 100
Oklahoma City, Oklahoma  73102
(405) 235-7700
(405) 239-6651 (Facsimile)

tanya.bryant@crowedunlevy.com
mary.snyder@crowedunlevy.com

ATTORNEYS FOR DEFENDANT
FAIRFAX MEDICAL FACILITIES, INC.